IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Corwin Haskan, | No. CV-23-08559-PCT-DJH |
| Petitioner, | (No. CR-18-08026-1-PCT-DJH) |
| v. | **ORDER** |
| United States of America, | |
| Respondent. | |

Pending before the Court is *pro se* Petitioner Corwin Haskan's Amended Motion to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody pursuant to 28 U.S.C. § 2255 (Doc. 4). Following a thorough analysis, Magistrate Judge Alison S. Bachus recommended denial of and dismissal with prejudice of the Amended Motion. (Doc. 12). Judge Bachus informed the parties that they had fourteen days from which to file objections to the R&R. (*Id*. at 10). No objections have been filed. The Court has nonetheless reviewed the R&R and agrees with its recommendations.

Accordingly,

**IT IS ORDERED** that Magistrate Judge Bachus's Report and Recommendation (Doc. 12) is **ACCEPTED** and **ADOPTED** as the Order of this Court.

**IT IS FURTHER ORDERED** that the Amended Motion to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody pursuant to 28 U.S.C. § 2255 (Doc. 4) is **DENIED** and this matter shall be **DISMISSED**.

**IT IS FURTHER ORDERED** that pursuant to Rule 11(a) of the Rules Governing

Section 2254 Cases, a Certificate of Appealability and leave to proceed in forma pauperis on appeal are **DENIED** because Movant has not made a substantial showing of the denial of a constitutional right.

**IT IS FINALLY ORDERED** that the Clerk of the Court shall terminate this action and enter judgment accordingly.

Dated this 27th day of January, 2025.

Honorable Diane J. Humetewa
United States District Judge

- 2 -